IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 10-04975-BKT |
| MAGALY MEDINA MALDONADO | CHAPTER 7 |
| DEBTOR | |

### NOTICE OF FILING OF AMENDED SCHEDULES "A" & "C"

**TO THE HONORABLE COURT:**

**COMES NOW, MAGALY MEDINA MALDONADO,** debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays:

1. The debtor respectfully submits amended Schedules "A" & "C" _to include the interest in debtor's property and to take the correct exemption._

2. Attached to this motion debtor submits Amended Schedules "A" & "C".

**I CERTIFY** that on this same date a copy of this notice was sent by the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 7 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participants, debtor, Magaly Medina Maldonado, in the above captioned case.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 15th day of June, 2012.

/s/ _Roberto Figueroa Carrasquillo_
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 193677
SAN JUAN PR 00919
TEL NO (787) 744-7699
FAX NO (787) 746-5294
EMAIL: rfigueroa@rfclawpr.com

B6A (Official Form 6A) (12/07)

IN RE MEDINA MALDONADO, MAGALY
_____
Debtor(s)

Case No. **10-04975**
_____
(If known)

# AMENDED SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Residential property located at Urb. Interamericana, AA34 26 Street in Trujillo Alto, Puerto Rico. This property consists of three (3) bedrooms, 1.5 bathrooms, living room, dining room, kitchen and garage. Debtor has 50% interest, other 50% is owned by ex-spouse. Value: $105,000/2= $52,500.00. less liquidation costs ($8,401.00) = $44,099.00. | | | 44,099.00 | 0.00 |
| | | TOTAL | 44,099.00 | |

(Report also on Summary of Schedules)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (04/10)

IN RE MEDINA MALDONADO, MAGALY                                  Case No. **10-04975**
_____              _____
                    Debtor(s)                                          (If known)

## AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:   ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)
☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---:|---:|
| **SCHEDULE A - REAL PROPERTY** | | | |
| Residential property located at Urb. Interamericana, AA34 26 Street in Trujillo Alto, Puerto Rico. This property consists of three (3) bedrooms, 1.5 bathrooms, living room, dining room, kitchen and garage. Debtor has 50% interest, other 50% is owned by ex-spouse. Value: $105,000/2= $52,500.00. less liquidation costs ($8,401.00) = $44,099.00. | 11 USC § 522(d)(1)<br>11 USC § 522(d)(5) | 21,625.00<br>1,150.00 | 44,099.00 |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| Misc. Household goods and Furnishings | 11 USC § 522(d)(3) | 6,800.00 | 6,800.00 |
| Clothes and personal effects | 11 USC § 522(d)(3) | 500.00 | 500.00 |
| Jewelry | 11 USC § 522(d)(4) | 300.00 | 300.00 |
| 1998 Suzuki Vitara Sidekick | 11 USC § 522(d)(2) | 3,060.00 | 3,060.00 |

\* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE MEDINA MALDONADO, MAGALY _____ Case No. **10-04975**
_____Debtor(s)_____ (If known)

## AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____**17**____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **June 14, 2012**      Signature: _/s/ M. Medina_____
                                          **MAGALY MEDINA MALDONADO**      Debtor

Date: _____         Signature: _____
                                                              (Joint Debtor, if any)
                                          [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

Address

Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____         Signature: _____
                                          (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only