IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 10-04975 BKT |
|---|---|
| MEDINA MALDONADO, MAGALY | CHAPTER 7 |
| DEBTOR(S) | |

APPLICATION FOR LEAVE TO EMPLOY REALTOR
PURSUANT TO RULE 2014 OF THE
FEDERAL RULES OF BANKRUPTCY PROCEDURE

COMES NOW, Noemí Landrau Rivera, Chapter 7 Trustee in the instant case and before this Court most respectfully sates and prays:

1. Debtor filed for bankruptcy relief under Chapter 13 on June 7, 2010. Case was converted to a Chapter 7 on May 14, 2012. The undersigned was duly appointed as Trustee in the above captioned proceeding.

2. Trustee seeks to employ real estate broker, Josué I. Figueroa Sierra, license no. 9041A to act as agent for the sale of real properties described in Schedule A as:

    a. RESIDENTIAL PROPERTY LOCATED AT URB. INTERAMERICANA, AA34, 26 STREET IN TRUJILLO ALTO, PUERTO RICO. THIS PROPERTY CONSISTS OF THREE BEDROOMS, 1.5 BATHROOMS, LIVING ROOM, DINING ROOM, KITCHEN AND GARAGE.

3. Employment of real estate broker is beneficial to the estate and is necessary and beneficial to the estate in order to sale real properties.

4. To the best of applicant's knowledge the realtor, Josué I. Figueroa Sierra, has no connections with Debtor, Creditors, Trustee or any other party in interest in these proceeding and his professional services within his appointment will no harm or cause undue prejudice upon creditors, debtor, Trustee, the bankruptcy estate or any other party in interest. He does not represent or hold any interest adverse to the herein estate and is a disinterested persons as defined in section 101(4) and 327 of the Bankruptcy Code.

5. The fee to be paid to realtor is of five percent (5%) of the gross sales price to be paid by the estate after application, notice and hearing, and allowance by the Court.

WHEREFORE, applicant prays that this Court grant this request and enter an order authorizing the employment of real estate broker, Josué I. Figueroa Sierra, as real estate broker for the sale of the abovementioned property.

## NOTICE

Applicant hereby gives notice that unless a written objection is filed in Court, within twenty-one (21) days of this Notice, the Court may enter an order granting the instant request without further need for a hearing.

TRUSTEE HEREBY CERTIFIES: that this motion has been filed using the Bankruptcy Court's ECF/ECM electronic filing system who will automatically notify all participants to said system; All other parties included in attached master address list who are not participants of the Court's automatic filing system shall be notified via regular mail on this same date.

RESPECTFULLY SUBMITTED. In San Juan, Puerto Rico, this 11th day of January, 2013.

/s/ Noemí Landrau Rivera
Noemí Landrau Rivera
Chapter 7 Trustee
PO Box 270219
San Juan, PR 00927-0219
Tel. (787) 774-0224 // Fax (787) 793-1004

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE:<br><br>MEDINA MALDONADO, MAGALY<br><br><br>DEBTOR(S) | CASE NO. 10-04975 BKT<br><br>CHAPTER 7 |
|---|---|

### VERIFIED DECLARATION UNDER PENALTY OF PERJURY

TO THE HONORABLE COURT:

I, JOSUE I. FIGUEROA SIERRA, real estate broker, declare under penalty of perjury as follows:

1. I am a real estate broker authorized to exercise such profession buy the laws of the Commonwealth of Puerto Rico, by the "Junta de Corredores, Vendedores y Empresas de Bienes Raíces" of the Commonwealth of Puerto Rico under license number 9041A. The exercise of said licenses have in no way been restricted or limited.

2. I maintain offices at Carr. 176, Km. 6.7, Camino Luciano Vázquez, San Juan, PR 00926, Tel. (787) 462-9152.

3. Prior to the date of applicant's engagement as realtor, I had no connections with the Debtor, Debtor's attorney, creditors, US Trustee, Chapter 7 Trustee or any other party in interest.

4. That to the best of my knowledge and belief, I am a "disinterested person" as per Section 101(14) of the Bankruptcy Code, which definition is incorporated herein by reference, and I do not have any connection to any creditor or debtor in this case, nor any party in interest herein, nor anyone acting on their behalf whose interest may be adverse to Debtor's estate, and I do not represent or hold any interest adverse to the Debtor or the estate, with respect to the matter on which I am to be employed as professional, pursuant to 11 U.S.C. § 327(a).

5. I have not received or been promised transfer, assignment, pledge of property of the Debtor or the estate, except as for compensation as set forth herein to be made at five percent (5%) of the gross sale price of the property.

6. I have not agreed to share with any person the compensation to be paid for the services rendered in this case.

7. The terms of the compensation agreed to are as follows: no more of five percent (5%) of the gross sales price.

8. I will amend this statement immediately upon my learning that: (a) any of the representations made herein are incorrect, or (b) there is any change of circumstances relating thereto.

9. I have reviewed the provisions of LBR 2016-1 and under penalty of perjury affirm that I comply with the requirements of the Bankruptcy Code and the local rules to work as a professional broker in this case.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 11th day of January, 2013.

## NOTICE

Realtor hereby gives notice that unless a written objection is filed in Court, within twenty (20) days of this Notice, the Court may enter an order granting the instant application without further need for a hearing.

JOSUE I. FIGUEROA SIERRA
LIC. NO. 9041A
METROHOMES
RR6 BOX 9306
SAN JUAN, PR 00926
Tel. (787) 462-9152
jifigueroa07@gmail.com

# Josué I. Figueroa-Sierra

787-462-9152
jifigueroa07@gmail.com
RR 6 Box 9306, San Juan, Puerto Rico 00926

---

## REAL ESTATE EXPERIENCE

**2000 - Present**
Independent Realtor
MetroHomes
RR6 Box 9306
San Juan, PR  00926
787-462-9152

**Broker**
Generate comparable market analysis, prepare, present and implement marketing plans, elaborate pricing strategies, articulate financial options • Assist in the evaluation of sale offers and/or rental proposals. Draft and negotiate contracts, break down contractual terms and conditions. • Provide due diligence not limited to research of ownership, deed type, legal description, land use coding, deed restrictions, public records, zoning, utilities, lot size and survey, easements, property lines, rights-of-way. • Document acquisitions.

**Property Management**
Assess condition of properties to recommend re-conditioning, market, rental rate, capital improvements, corrective maintenance, repairs. • Advertise, show vacancies, screen suitable tenants, execute leases, secure rents, follow up delinquency, assists evictions. • Address preventive maintenance, emergency repairs, safety compliance, city ordinances, tenants issues and complaints. • Administer finances respecting services rendered, bank deposits, preparation of monthly income statements, variance reconciliation, disbursment reports.

## OTHER EXPERIENCE – MANAGEMENT

**1996 - 2000**
Technical Ops Manager
Pegasus Communications
5 Radnor Corp Center
Radnor, PA  19807
610-934-7000

**Technical Operations Management**
Directed, managed and supervised cable television technical operations: engineering, construction, maintenance, service, repair, installation, warehouse, dispatch. • Planned and administered annual 1.3M operational and 1.6M capital budgets. • Solicited, reviewed and approved all outside contractor bids and vendors. • Monitored construction practices, use of material and equipment, safety compliance, quality control and assurance. • Final approval on employee hiring, promotion, compensation, separation. • Developed and implemented guidelines for training, work performance and employee evaluation for in-house staff of 26.

## EDUCATION

Bachelor of Arts, Magna Cum Laude, Universidad Teológica del Caribe, San Juan, PR
Real Estate Broker, 90 Hours, Course, TIRI Real Estate Institute, San Juan, PR
Real Estate Principles and Practices, 72 Hours, Continuing Education, San Juan, PR

## CONTINUING EDUCATION COURSES OF INTEREST

Technology in Real Estate, Business Administration, Social Interest and Subsidy Programs, Real Estate Contracts, Short Sales, Fair Credit, FHA Loans, Appraisal and Valuation, Corporate Identities, Conflict Management, Business Ethics, Creative Finance, Law & Regulation.

## PROFESSIONAL SKILLS

Proficient in Excel, PowerPoint, Word • Fully Bi-lingual English/Spanish • RE Broker License

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 10-04975-BKT7<br>District of Puerto Rico<br>Old San Juan<br>Thu Jan 10 09:59:39 AST 2013 | DORAL BANK<br>PO BOX 70308<br>SAN JUAN, PR 00936-8308 | UNITED STATES TRUSTEE<br>500 TANCA ST STE 301<br>SAN JUAN, PR 00901-1922 |
| US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | ASOCIACION EMPLEADOS ELA<br>PO BOX 364508<br>SAN JUAN, PR 00936-4508 | CLARO<br>PO BOX 360998<br>SAN JUAN, PR 00936-0998 |
| DEPARTAMENTO DE HACIENDA<br>PO BOX 9024140<br>SAN JUAN, PR 00902-4140 | DORAL FINANCIAL CORP<br>1451 F D ROOSEVELT AVENUE<br>SAN JUAN, PR 00920-2717 | Department of Treasury<br>Bankruptcy Section (Suite 1504)<br>235 Ave. Arterial Hostos<br>San Juan Puerto Rico 00918-1451 |
| GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | PR ACQUISITIONS LLC<br>250 MUNOZ RIVERA AVENUE SUITE 1200<br>HATO REY PR 00918-1814 | SAMS CLUB<br>PO BOX 981400<br>EL PASOO, TX 79998-1400 |
| SCOTIABANK DE PUERTO RICO<br>PO BOX 2649<br>SAN JUAN, PR 00936-2649 | MAGALY MEDINA MALDONADO<br>URB INTERAMERICANA<br>AA34 26 STREET<br>TRUJILLO ALTO, PR 00976-3402 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901 |
| NOEMI LANDRAU<br>US TRUSTEES OFFICE<br>PO BOX 270219<br>SAN JUAN, PR 00928-3019 | ROBERTO FIGUEROA CARRASQUILLO<br>PO BOX 193677<br>SAN JUAN, PR 00919-3677 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)DORAL BANK<br>PO BOX 70308 SAN JUAN, PR 00936-8308 | End of Label Matrix<br>Mailable recipients   16<br>Bypassed recipients    1<br>Total                   17 |