IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:                                                Case No.: 10-04975-BKT

**MEDINA MALDONADO, MAGALY**                          CHAPTER 7- NO ASSET CASE

      Debtor(s).
_____/

## NOTICE OF ABANDONMENT OF PROPERTY

**TO: THE UNITED STATES BANKRUPTCY COURT, UNITED STATES TRUSTEE, DEBTOR(S), AND PARTIES IN INTEREST:**

Notice pursuant to 11 U.S.C. Section 554(a) was given through the 341 Meeting Notice whereby the Trustee notified her intention to abandon any real property or scheduled property at this Section 341 Meeting.

The property being abandoned is as follows:

REAL PROPERTY

(1) 50% interest in real property at Urb. Interamericana, Trujillo Alto, PR.  Real property jointly owned with Debtor's exspouse.  Real estate broker approved Mr. Josué Figueroa Sierra at docket no. 57 .  Successor Trustee has considered that the Debtor only owns 50% interest in the realty.  The cost of litigation and administration of this asset outweigh its value. It is in the Trustee's best business judgment to abandon.

| SCHEDULED VALUE | AMOUNT SECURED | ESTIMATED EXPENSES | CLAIMED EXEMPTIONS | ESTIMATED VALUE TO THE ESTATE |
|---|---|---|---|---|
| $105,000.00 | $50,866.00 | $0.00 | $22,315.00 | $0.00 |

Documents Included:  Appraisal/Opinion of Value (  )  Creditors Statement (  )  Proof of Lien (  )  Debtor's Sworn Statement (  )  Pictures (  )  Vehicle License (  )

FINANCIAL ACCOUNTS

(2) No value to estate.

| SCHEDULED VALUE | AMOUNT SECURED | ESTIMATED EXPENSES | CLAIMED EXEMPTIONS | ESTIMATED VALUE TO THE ESTATE |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Documents Included:  Appraisal/Opinion of Value (  )  Creditors Statement (  )  Proof of Lien (  )  Debtor's Sworn Statement (  )  Pictures (  )  Vehicle License (  )

HOUSEHOLD GOODS AND FURNITURE

(3)  Asset fully exempt as claimed by Debtor in Schedule C.

| SCHEDULED VALUE | AMOUNT SECURED | ESTIMATED EXPENSES | CLAIMED EXEMPTIONS | ESTIMATED VALUE TO THE ESTATE |
|---|---|---|---|---|
| $6,800.00 | $0.00 | $0.00 | $6,800.00 | $0.00 |

Documents Included:  Appraisal/Opinion of Value ( )  Creditors Statement ( )  Proof of Lien ( )  Debtor's Sworn Statement ( )  Pictures ( )  Vehicle License ( )

WEARING APPAREL

(4)  Asset fully exempt as claimed by Debtor in Schedule C.

| SCHEDULED VALUE | AMOUNT SECURED | ESTIMATED EXPENSES | CLAIMED EXEMPTIONS | ESTIMATED VALUE TO THE ESTATE |
|---|---|---|---|---|
| $500.00 | $0.00 | $0.00 | $500.00 | $0.00 |

Documents Included:  Appraisal/Opinion of Value ( )  Creditors Statement ( )  Proof of Lien ( )  Debtor's Sworn Statement ( )  Pictures ( )  Vehicle License ( )

FURS AND JEWELRY

(5)  Asset fully exempt as claimed by Debtor in Schedule C.

| SCHEDULED VALUE | AMOUNT SECURED | ESTIMATED EXPENSES | CLAIMED EXEMPTIONS | ESTIMATED VALUE TO THE ESTATE |
|---|---|---|---|---|
| $300.00 | $0.00 | $0.00 | $300.00 | $0.00 |

Documents Included:  Appraisal/Opinion of Value ( )  Creditors Statement ( )  Proof of Lien ( )  Debtor's Sworn Statement ( )  Pictures ( )  Vehicle License ( )

1998 SUZUKI VITARA

(6)  Asset fully exempt as claimed by Debtor in Schedule C.

| SCHEDULED VALUE | AMOUNT SECURED | ESTIMATED EXPENSES | CLAIMED EXEMPTIONS | ESTIMATED VALUE TO THE ESTATE |
|---|---|---|---|---|
| $3,060.00 | $0.00 | $0.00 | $3,060.00 | $0.00 |

Documents Included:  Appraisal/Opinion of Value ( )  Creditors Statement ( )  Proof of Lien ( )  Debtor's Sworn Statement ( )  Pictures ( )  Vehicle License ( )

THIS BEING A NO ASSET CASE, THE TRUSTEE HEREBY REQUESTS THIS HONORABLE COURT TO ORDER THE CLERK'S OFFICE TO GIVE NOTICE OF THIS ABANDONMENT TO ALL CREDITORS AS PER THE MASTER ADDRESS LIST.

Reasons for abandonment: The property listed above is burdensome or has no value to the estate.

Objections to abandonment must be filed in writing with the court and served within fourteen (14) days of the mailing of this notice.

Date: <u>May 18, 2015</u>                                              /s/ **Noreen Wiscovitch-Rentas**
                                                                                    **Noreen Wiscovitch-Rentas**
                                                                                    **Chapter 7 Trustee**
                                                                                    **PMB #136**
                                                                                    **400 Kalaf Street**
                                                                                    **San Juan, PR  00918**
                                                                                    **Tel. (787) 946-0132**
                                                                                    **Fax. (787) 946-0133**
                                                                                    **noreen@nwr-law.com**